# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-60575
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 6, 2018

Lyle W. Cayce
Clerk

ESPERANZA FLORES,

Petitioner

v.

JEFFERSON B. SESSIONS, III, U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A097 310 154

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

Esperanza Flores, a native and citizen of El Salvador, petitions for review of a decision of the Board of Immigration Appeals (BIA) that dismissed her appeal of an order of an immigration judge denying rescission of a removal order and denying reopening of removal proceedings. We conclude that Flores is entitled to no relief, as she fails to show that the BIA abused its discretion by ruling against her. *See Singh v. Gonzales*, 436 F.3d 484, 487 (5th Cir. 2006).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-60575

We reject the claim of exceptional circumstances because Flores did not move for reopening within 180 days of the final order of removal.  *See* 8 U.S.C. § 1229a(b)(5)(C)(i); 8 C.F.R. § 1003.23(b)(4)(ii).  Also, Flores's claim that notice of the removal hearing was mailed to the wrong address is unexhausted because it was not raised before the BIA, and thus we are without jurisdiction to entertain it.  *See Omari v. Holder*, 562 F.3d 314, 318 (5th Cir. 2009).  Additionally, we reject Flores's claim that precedent concerning whether an alien must be advised of an immigration hearing in a language that she understands is inapplicable in the instant case.  *See Ojeda-Calderon v. Holder*, 726 F.3d 669, 675 (5th Cir. 2013).  Further, any other issues are deemed abandoned for failure to brief them.  *See Lara v. Johnson*, 141 F.3d 239, 242 n.3 (5th Cir. 1998).

The petition for review is **DENIED**.  The Government's motion for summary disposition is **DENIED** as unnecessary.